# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137458

CITY OF ROCKFORD,
          Plaintiff-Appellant,

v

63rd DISTRICT COURT and CHIEF
JUDGE SARA J. SMOLENSKI,
          Defendants-Appellees,

and

COUNTY OF KENT,
          Intervening Defendant-Appellee.
_____/

SC: 137458
COA: 287501
Kent CC: 08-002655-CZ

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

Clerk